**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jose Lewis Bosquez, | No. CV-13-01714-PHX-PGR |
| Petitioner, | **ORDER** |
| v. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

The Court having reviewed de novo the Report and Recommendation (Doc. 22) of Magistrate Judge Bridget S. Bade, filed on August 6, 2015, notwithstanding that no party has filed an objection to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 22) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody is Denied and that this action is dismissed.  The Clerk of the Court shall enter judgment accordingly.

IT IS FURTHER ORDERED that no certificate of appealability shall be issued and that the petitioner is not entitled to appeal *in forma pauperis* because dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the

/ / /

1  procedural ruling debatable and because Petitioner has not made a substantial showing of

2  the denial of a constitutional right.

3      Dated this 27th day of October, 2015.

4

5

6

7  _____

   Paul G. Rosenblatt

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28